**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Ricardo Ramirez Lopez

                Plaintiff,

v.                                   Case No.: 1:15–cv–08994

                                   Honorable Marvin E. Aspen

Crosshill Construction, Inc., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 11, 2016:

      MINUTE entry before the Honorable Marvin E. Aspen: Joint Motion to Approve Settlement Agreement and Release and to Dismiss Case [21] is granted. Enter Agreed Order of Approval and Dismiss. All pending dates before this court are stricken. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.